UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          CRIMINAL NO.  07-20159

v.                                         HONORABLE AVERN COHN

D-04, CHRYSTALIN CARTER,

      Defendant.
      _____/

## ORDER DENYING MOTION TO STAY EXECUTION OF JUDGMENT AND MOTION FOR BOND PENDING APPEAL

On April 06, 2009 the Court concluded the hearing on the defendant's Motion to Stay Execution of Judgment and Motion for Bond Pending Appeal of the sentence imposed on January 09, 2009. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion is DENIED.

**IT IS FURTHER ORDERED** that the defendant shall report to the institution designated by the Bureau of Prisons no less than sixty (60) days from the entry of this order.

**SO ORDERED**.

Dated: April 06, 2009                     s/ Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE